UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-162-F

| UNITED STATES OF AMERICA | ORDER TO RE-OPEN THE PRE-TRIAL MOTIONS PERIOD |
|---|---|
| v. | |
| QUINTIN DONTE HAYES | |

The motion to re-open the pre-trial motions period to allow for the filing of a motion to suppress is hereby allowed. The deadline for pre-trial motions is Sept. 13, 2013.

Responses to motions shall be filed no later than October 1, 2013.

Because the ends of justice served by this motion outweigh the best interests of the public and the Defendant in a speedy trial, such period of delay resulting from this continuance shall be excluded pursuant to 18 U.S.C. Section 3161(h)(8)(A).

SO ORDERED.

This 11 day of September, 2013.

JAMES C. FOX
Senior United States District Court Judge