```
                UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF NORTH CAROLINA
                       WESTERN DIVISION
                 Case Number 5:13-CR-162-F
```

UNITED STATES OF AMERICA

                                          ORDER TO SEAL
    v.                                  MOTION AND ORDER

QUINTIN HAYES,
    Defendant


The Defendant, by and through counsel, respectfully moves the Court to seal the attached Motion [DE-51] and Order for the reasons stated in said Motion.

WHEREFORE, the Defendant prays that this Court order that the Defendant's Motion and the Order thereon be sealed.

This the 16th day of January, 2014.


                                                 */s/ James C. Fox*
                                                 JAMES C. FOX
                                                 SENIOR United States District Judge