UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-162-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| QUINTIN DONTE HAYES, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's motion to seal docket entry 58 [DE-59]. For good cause shown, the motion is ALLOWED and the Clerk of Court is DIRECTED to maintain docket entry 58 under seal.

SO ORDERED.

This the 10 day of February, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge