UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case Number 5:13-CR-162-F

UNITED STATES OF AMERICA

v.

QUINTIN HAYES,
    Defendant

ORDER TO SEAL
MOTION AND ORDER

The Defendant, by and through counsel, respectfully moves the Court to seal the attached Motion and Order for the reasons stated in said Motion.

WHEREFORE, the Defendant prays that this Court order that the Defendant's Motion and the Order thereon be sealed.

This the 19th day of February, 2014.

*James C. Fox*
JAMES C. FOX
SENIOR United States District Judge